# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NGM INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>RC MANAGEMENT, LLC d/b/a BACKYARD GREENS LLC, CECIL D. READ, ELIJAH BRUNSON,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:21-cv-00168-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, NGM Insurance Company.

SO ORDERED this 1st day of November 2021.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

1